# BILL OF COSTS

## TEXAS COURT OF APPEALS, SEVENTH DISTRICT, AT AMARILLO

No. 07-14-00236-CV

**Emilio Romero and Linda K. Romero**

**v.**

**Stewart Title Guaranty**

(No. CI-09C-057 IN 222ND DISTRICT COURT OF DEAF SMITH COUNTY)

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| Motion fee | $15.00 | E-PAID | Kent Canada☐ |
| Motion fee | $10.00 | E-PAID | Whitney Pittman |
| Reporter's record | $382.30 | UNKNOWN | Kent Canada/Defendants |
| Indigent | $25.00 | E-PAID | Kent Canada |
| Supreme Court chapter 51 fee | $50.00 | E-PAID | Kent Canada |
| Filing | $100.00 | E-PAID | Kent Canada |
| Statewide efiling fee | $20.00 | E-PAID | Kent Canada |

| |
|---|
| **Balance of costs owing to the Seventh Court of Appeals, Amarillo, Texas: $0.00** |
| |
| *Court costs in this cause shall be paid as per the Judgment issued by this Court.* |

I, **VIVIAN LONG, CLERK** OF THE SEVENTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SEVENTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Seventh District of Texas on June 8, 2015.

*Vivian Long*

**VIVIAN LONG, CLERK**